# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**ROBERT OTTO KINCHEN, JR.**                   **CIVIL ACTION**

**VERSUS**                                                     **NO: 08-5118-JCZ-SS**

**MICHAEL J. ASTRUE, COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**

## **O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the cross-motion of Michael J. Astrue, Commissioner of Social Security Administration, for summary judgment (Rec. doc. 11) is granted and the motion of the plaintiff, Robert Otto Kinchen, Jr., for summary judgment (Rec. doc. 9) is denied.

September 22, 2009

_____
UNITED STATES DISTRICT JUDGE